72 A.3d 244

IN THE MATTER OF ALEX PAVLIV, AN ATTORNEY AT LAW (ATTORNEY NO. 007111983).

September 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–001, concluding that **ALEX PAVLIV** of **HOWELL**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal) and *RPC* 3.3(a)(5) (failure to disclose to a tribunal a material fact knowing that the omission is reasonably certain to mislead the tribunal), and good cause appearing;

It is ORDERED that **ALEX PAVLIV** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.